SAMUEL P. WITHROW, Appellant, v. L. O. LOWDEN, Appellee.

Title to Real Estate : ADVERSE CLAIMANT : LACHES : ESTOPPEL.

*Appeal from Hardin District Court.*—HON. S. M. WEAVER, Judge.

SATURDAY, JANUARY 24, 1891.

ACTION to recover the possession of real estate, and to quiet the title thereto in plaintiff. The defendant denies the claims of plaintiff, and alleges title in himself. The district court found against the plaintiff, and rendered judgment in favor of the defendant, quieting the title in him. The plaintiff appeals.—*Affirmed.*

*J. W. Bull* and *J. C. Slayback,* for appellant.

*Albrook & Hardin* and *Frank O. Lowden,* for appellee.

ROBINSON, J.—The land in controversy in this case consists of two hundred acres of land in Hardin county. It was referred to in the case of *Withrow v. Walker,* 81 Iowa, 651, and the controlling parts in the two cases are the same. The defendant claims title by virtue of a conveyance from the executors of Morris. Following the decision in the case cited, the judgment of the district court is AFFIRMED.